UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ MATEOS, | Case No. CV08-02772 AHM (AJWx) |
| Plaintiffs, | ORDER REGARDING DISMISSAL |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

The court having read the stipulation of counsel, and good cause having been shown, order the foregoing matter dismissed with prejudice pursuant to FRCP Rule 41(b). Each side to bear their own costs and attorney fees.

Dated: January 23, 2009

_____
A. Howard Matz, Judge
U.S. DISTRICT COURT

cc: **Make JS-6**

1